**Motion for Extension Granted and Order filed April 4, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00844-CR
_____

### CEDRIC CHARLES FIGGS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 21st District Court**
**Washington County, Texas**
**Trial Court Cause No. 15,824**

---

## ORDER

This court issued its opinion and judgment affirming appellant's conviction on February 5, 2013. Appellant's motion for rehearing was due on or before February 20, 2013, but appellant's *pro se* motion for rehearing was not filed until March 7, 2013. Accordingly, on March 21, 2013, the court denied the motion as untimely.

On March 27, 2013, appellant's *pro se* motion for extension of time to file his motion for rehearing was received in the mail and filed. In the motion,

appellant certified that he delivered the motion for mailing on February 22, 2013. The envelope in which the motion was mailed bears a postmark of February 25, 2013. Under the prisoner mailing ruling, appellant's motion for extension of time to file a motion for rehearing is timely. *See Campbell v. State*, 320 S.W.3d 338, 344 (Tex.Crim.App.2010) (noting that "prisoner mailbox" rule deems the pleadings of a *pro se* inmate filed at the time they are delivered to prison authorities for forwarding to the court clerk).

Accordingly, we **ORDER** the ruling denying appellant's motion for rehearing as untimely **WITHDRAWN.** We **GRANT** appellant's motion for extension of time to file a motion for rehearing, and appellant's motion for rehearing received March 7, 2013, is **ORDERED** timely filed. The appeal remains pending before the court for consideration of the merits of appellant's motion for rehearing.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Busby.